ANNE HIARING, Esq. Bar No. 88639
LAW OFFICE OF ANNE HIARING
19 Brookmont
San Anselmo, CA 94960
Telephone: (415) 457-2040
Facsimile: (415) 457-2822
Email: anne@hiaringlaw.com

Attorneys for Plaintiff
GATE FIVE GROUP LLC, a California Limited
Liability Company, dba ROOST

UNITED STATE DISTRICT COURT

***E-FILED - 5/2/07***

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GATE FIVE GROUP LLC, a California Limited Liability Company, dba ROOST,<br><br>Plaintiff,<br><br>v.<br><br>C.A.W. COWIE, INC., a California Corporation, and WAL-MART STORES, INC., a Delaware Corporation,<br><br>Defendants. | Case No. C-07-CV-01031 RMW PVT (ADR)<br><br>**REQUEST AND [PROPOSED] ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Plaintiff Gate Five Group, LLC filed its Complaint for Copyright Infringement against the named defendants C.A.W. Cowie, Inc. and Wal-Mart Stores, Inc. on February 20, 2007. To date, Plaintiff has not served the Complaint or associated documents on the named Defendants. In the interim, meaningful settlement discussions resulted in settlement being reached in early April, 2007. At this time, however, signatures on the settlement agreement are not likely to be in place until after the initial case management conference deadlines scheduled for May, 2007.

To allow Plaintiff additional time in which to obtain all signatures to the agreement and dismiss this action with prejudice, Plaintiff respectfully requests that the Court extend the dates set forth in its

---

Order Setting Initial Case Management Conference and ADR Deadlines by three (3) weeks as follows, or as soon thereafter as the Court deems convenient:

1. Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone conference is extended to **May 25, 2007**;

2. Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report is extended to **June 8, 2007**; and

3. Case Management Conference (CMC) in Courtroom 6, 4th Floor, San Jose at 10:30 a.m. is extended to ~~June 18, 2007~~ **June 29, 2007**, or whatever date following the Court deems convenient.

DATED: April 24, 2007

Respectfully submitted,

LAW OFFICE OF ANNE HIARING

By: _____
ANNE HIARING, Esq.
Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: 5/2/07

By: *Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Court Judge